# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## CIVIL ACTION NO: 5:16-cv-00211-FL

| | |
|---|---|
| NEFFERTITI HARRIS, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>) **ORDER**<br>)<br>)<br>JOHN HIESTER CHEVROLET )<br>OF LILLINGTON, LLC and )<br>HIESTER AUTOMOTIVE GROUP,)<br>INC., )<br>)<br>)<br>Defendants. )<br>) | |

This matter came before the Court on the Plaintiff's Motion to Stay Time to Respond to Defendants' Motion to Disqualify Counsel [DE # 47].

It appears to the Court that the Plaintiff has shown good cause for the requested stay, pending the Court's disposition of Defendants' other motions, that the request is made in good faith and that the motion should therefore be allowed.

Accordingly, the Court hereby grants Plaintiff's request for an Order staying Plaintiff's time to respond to Defendants' Motion to Disqualify Counsel [DE # 47] pending further instruction from the Court.

SO ORDERED, this the 18th day of October, 2017.

By: _____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE